Submitted on brief by appellants and argued by respondent March 7, affirmed March 13, 1928.

CHARLES SUMNER BEST, Attorney-in-Fact, *v.* UNITED AUTO INDEMNITY EXCHANGE ET AL.

(264 Pac. 1119.)

From Multnomah: Robert G. Morrow, Judge.

Department 2.

AFFIRMED.

For appellants there was a brief over the names of *Mr. Barnett H. Goldstein* and *Mr. Thomas Mannix.*

For respondent there was a brief over the name of *Messrs. Wilbur, Beckett, Howell & Oppenheimer,* with an oral argument by *Mr. Ronald L. Reilly.*

PER CURIAM.—After an examination of the record and the assignments of error upon this appeal, the court is of the opinion that there is no merit in any of the points urged by the defendants.

The judgment is, therefore, affirmed.  AFFIRMED.